UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT A. CHAVEZ,<br><br>          Plaintiff,<br><br>   v.<br><br>BRIAN CATES, et al.,<br><br>          Defendants. | No.  1:26-cv-02891-SAB (PC)<br><br>ORDER DIRECTING CLERK OF COURT TO RANDOMLY ASSIGN A DISTRICT JUDGE TO THIS ACTION<br><br>FINDINGS AND RECOMMENDATIONS RECOMMENDING DISMISSAL OF CERTAIN CLAIMS AND DEFENDANTS<br><br>(ECF No. 14) |

Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.

On June 12, 2026, the Court screened Plaintiff's first complaint and found that Plaintiff cognizable claim for excessive force against Defendants A. Gonzalez, Q. Kemp, F. Harris, J. Vargas, L. Fierro, E. Garza, J. Saesee, E. Flores, A. Rodriguez, I. Rubalcava, and A. Pena, a cognizable claim for deliberate indifference to a serious medical need against Defendants Keizzer, Nagadi, and Offor, and a cognizable claim for violation of the Bane Act against Defendants A. Gonzalez, Q. Kemp, F. Harris, J. Vargas, L. Fierro, E. Garza, J. Saesee, E. Flores, A. Rodriguez, I. Rubalcava, A. Pena, T. Keizzer, E. Nagadi, and A. Offor.  (ECF No. 123)  No other claims were found to be cognizable, and Plaintiff was granted thirty days to either file an amended complaint or notify the Court of his intent to proceed only on the retaliation claim.  (Id.)

1

On July 6, 2026, Plaintiff filed a notice of intent to proceed only on the retaliation claim. (ECF No. 14.)

Based on the Plaintiff's notice, it is HEREBY ORDERED that the Clerk of the Court shall assign a District Judge to this action.

Further, it is HEREBY RECOMMENDED that:

1.      This action proceed only on Plaintiff's excessive force claim against Defendants A. Gonzalez, Q. Kemp, F. Harris, J. Vargas, L. Fierro, E. Garza, J. Saesee, E. Flores, A. Rodriguez, I. Rubalcava, and A. Pena, medical deliberate indifference claim against Defendants Keizzer, Nagadi, and Offor, Bane Act claim against Defendants A. Gonzalez, Q. Kemp, F. Harris, J. Vargas, L. Fierro, E. Garza, J. Saesee, E. Flores, A. Rodriguez, I. Rubalcava, A. Pena, T. Keizzer, E. Nagadi, and A. Offor; and

2.      All other claims and Defendants be dismissed from the action for failure to state a cognizable claim for relief.

These Findings and Recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within **fourteen (14) days** after being served with these Findings and Recommendations, Plaintiff may file written objections with the Court, limited to 15 pages, including exhibits.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may result in the waiver of rights on appeal. Wilkerson v. Wheeler, 772 F.3d 834, 838-39 (9th Cir. 2014) (citing Baxter v. Sullivan, 923 F.2d 1391, 1394 (9th Cir. 1991)).

IT IS SO ORDERED.

Dated:    **July 8, 2026**

STANLEY A. BOONE
United States Magistrate Judge

2