UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ALBERT A. CHAVEZ,

Plaintiff,

v.

BRIAN CATES, et al.,

Defendants.

No. 1:26-cv-02891-KES-SAB (PC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING CERTAIN CLAIMS AND DEFENDANTS

Doc. 16

Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.

The magistrate judge screened the first amended complaint and found Chavez stated a cognizable excessive force claim against defendants A. Gonzalez, Q. Kemp, F. Harris, J. Vargas, L. Fierro, E. Garza, J. Saesee, E. Flores, A. Rodriguez, I. Rubalcava, and A. Pena; a cognizable claim for deliberate indifference to a serious medical need against defendants Keizzer, Nagadi, and Offor; and a cognizable claim for violation of the Bane Act against defendants A. Gonzalez, Q. Kemp, F. Harris, J. Vargas, L. Fierro, E. Garza, J. Saesee, E. Flores, A. Rodriguez, I. Rubalcava, A. Pena, T. Keizzer, E. Nagadi, and A. Offor. Doc. 13. The magistrate judge found all other claims against any other defendants were not cognizable. *Id.* at 11. The magistrate judge permitted Chavez to file a second amended complaint or notify the court of his willingness to proceed only on the cognizable claims identified by the court within 30 days. *Id.* at 11-12. Chavez notified the court that he did not intend to amend his complaint and that he was willing to

proceed only on the cognizable claims identified by the court. Doc. 14.

Following Chavez's notice, the magistrate judge recommended that the action proceed only on the claims identified above, and that all other claims and defendants be dismissed for failure to state a claim. Doc. 16. The court served the findings and recommendations on Chavez and informed him that any objections were due within 14 days. *Id.* at 2. Chavez did not file objections and the time to do so has expired.

In accordance with 28 U.S.C. § 636(b)(1), this court performed a de novo review of this case. Having carefully reviewed the file, the court finds the findings and recommendations to be supported by the record and by proper analysis. Accordingly, the court ORDERS:

1. The findings and recommendations issued on July 8, 2026 (Doc. 16) are ADOPTED in full.
2. This action SHALL proceed on Chavez's first amended complaint against defendants A. Gonzalez, Q. Kemp, F. Harris, J. Vargas, L. Fierro, E. Garza, J. Saesee, E. Flores, A. Rodriguez, I. Rubalcava, and A. Pena for excessive force; against defendants Keizzer, Nagadi, and Offor for medical deliberate indifference; and against defendants A. Gonzalez, Q. Kemp, F. Harris, J. Vargas, L. Fierro, E. Garza, J. Saesee, E. Flores, A. Rodriguez, I. Rubalcava, A. Pena, T. Keizzer, E. Nagadi, and A. Offor for violation of the Bane Act.
3. All other claims and defendants are DISMISSED from this action for failure to state claims upon which relief may be granted.
4. This action is referred back to the magistrate judge for proceedings consistent with this order.

IT IS SO ORDERED.

Dated: August 7, 2026

UNITED STATES DISTRICT JUDGE